[No. 18498-6-III.    Division Three.    April 6, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. RAY JAY FRANETICH, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 93-1-00299-9, Kathleen M. O'Connor, J., entered April 30, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 18251-7-III.    Division Three.    April 6, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. MANUEL REYES CABRERA, *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 98-1-00321-7, Jack Burchard, J., entered February 11, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 22351-1-II.    Division Two.    April 7, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS E. JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-1-00097-3, Thomas P. Larkin, J., entered August 19, 1997. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Hunt, A.C.J., and Morgan, J.

[No. 23558-7-II.    Division Two.    April 7, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ISAAC TOSH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-8-00004-7, Terry D. Sebring, J., entered June 23, 1998. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Morgan and Seinfeld, JJ.